**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

MICHAEL I. GOLDBERG,
               Plaintiff,

-vs-                                   Case No. 6:06-cv-542-Orl-18JGG

SHELDON WILSON,
a/k/a Sheldon L. Wilson,
               Defendant.

_____

**REPORT AND RECOMMENDATION**

**TO THE UNITED STATES DISTRICT COURT**

At the hearing held on November 7, 2006, to address the Receiver's Motion foe Enlargement of Time to Conduct Case Management Conference and to File Case Management Report, the Receiver made an *ore tenus* motion to strike Defendant Sheldon Wilson's answer and to enter default. For the reasons stated below, the Court recommends granting the motion.

**I.  PROCEDURAL HISTORY**

Plaintiff, Michael I. Goldberg as Receiver for W.L. Ware Enterprises and Investments, Inc. d/b/a Ware Enterprises and Investments, Inc. Ware Enterprises and Investments, LLC, d/b/a W.L. Ware Enterprises and Investments, LLC, filed his complaint on April 21, 2006. Docket No. 1. Wilson agreed to waive service of process and filed his answer on August 10, 2006. Docket 6, 8. Wilson has not complied with the Interested Persons Order, which required filing a certificate of interested persons within eleven days of the party's first appearance. Docket No. 2. Wilson also has not complied with the Related Case Order, which required filing a certification as to whether the instant action is related to any other case within eleven days of the party's first appearance. Docket No. 3.

*[handwritten: So order'd 27 Nov 06 / KENDALL SHARP / U.S. DISTRICT JUDGE]*